No. 10–8599. POLK v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8601. ELSO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–10807. HOWARD, AKA WHITEHEAD v. WASHINGTON STATE PRISON ET AL., ante, p. 852;

No. 10–394. ATWELL v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL., ante, p. 1063;

No. 10–411. WINDSOR v. MAID OF THE MIST CORP. ET AL., ante, p. 1064;

No. 10–524. MORGAN v. TOWN OF MINERAL, VIRGINIA, ante, p. 1109;

No. 10–556. BADRINAUTH v. METLIFE CORP. ET AL., ante, p. 1110;

No. 10–571. ROTTE v. INTERNAL REVENUE SERVICE ET AL., ante, p. 1110;

No. 10–595. ZARRO v. NEW YORK, ante, p. 1110;

No. 10–606. IN RE HEIMERMANN, ante, p. 1090;

No. 10–6014. JOHNSON v. VALENTINO ET AL., ante, p. 1007;

No. 10–6024. D'ANTUONO v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ante, p. 1007;

No. 10–6079. STOWELL v. TOLL BROTHERS, INC., ante, p. 1008;

No. 10–6480. WASHINGTON v. WILSON, ante, p. 1048;

No. 10–6600. STRONG v. NEW YORK CITY DEPARTMENT OF EDUCATION, ante, p. 1068;

No. 10–6617. JONES v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL., ante, p. 1068;

No. 10–6713. TAMEZ v. TEXAS, ante, p. 1070;

No. 10–6767. BONANNO v. THOMAS ET AL., ante, p. 1071;

No. 10–6770. BELL v. WOODS ET AL., ante, p. 1093;

No. 10–6775. WRIGHT v. STINE, SUPERINTENDENT, NEW CASTLE CORRECTIONAL FACILITY, ante, p. 1071;

No. 10–6781. PARKS v. EDGEWATER CASINO ET AL., ante, p. 1093;

No. 10–6863. IN RE SIMS, ante, p. 1108;

No. 10–6867.  HADDAD *v.* RIVER FOREST POLICE DEPARTMENT ET AL., *ante,* p. 1112;

No. 10–6996.  NEWMAN *v.* MEMPHIS LIGHT, GAS & WATER, *ante,* p. 1113;

No. 10–7000.  ADAMS *v.* CITY OF FEDERAL WAY, WASHINGTON, ET AL., *ante,* p. 1143;

No. 10–7003.  DYE *v.* BARTOW ET AL., *ante,* p. 1094;

No. 10–7007.  EVANS *v.* LEE, *ante,* p. 1143;

No. 10–7021.  COSTLEY *v.* SOCIAL SECURITY ADMINISTRATION, *ante,* p. 1114;

No. 10–7033.  PORDASH *v.* BEIGHTLER, WARDEN, *ante,* p. 1114;

No. 10–7036.  PIPES *v.* BALLARD, WARDEN, *ante,* p. 1073;

No. 10–7041.  TREVINO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1144;

No. 10–7042.  TAURO *v.* BAER ET AL., *ante,* p. 1144;

No. 10–7149.  GILLARD *v.* PROVEN METHOD SEMINARS, LLC, *ante,* p. 1095;

No. 10–7171.  MORRISON *v.* UNITED STATES, *ante,* p. 1075;

No. 10–7185.  O'NEAL *v.* BUCKNER ET AL., *ante,* p. 1114;

No. 10–7218.  ELLIS *v.* BENEDETTI ET AL., *ante,* p. 1148;

No. 10–7249.  ALLEN *v.* UNITED STATES, *ante,* p. 1076;

No. 10–7284.  ELLIS *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, *ante,* p. 1150;

No. 10–7313.  IN RE WRIGHT, *ante,* p. 1059;

No. 10–7357.  WILLIAMS *v.* POTTER, POSTMASTER GENERAL, *ante,* p. 1115;

No. 10–7427.  WALLACE *v.* UNITED STATES, *ante,* p. 1116;

No. 10–7429.  QUINONES, AKA ROSADO *v.* UNITED STATES, *ante,* p. 1116;

No. 10–7449.  VALENZUELA-LOPEZ *v.* UNITED STATES, *ante,* p. 1116;

No. 10–7504.  BLAZEK *v.* UNITED STATES, *ante,* p. 1118; and

No. 10–7606.  IN RE HOLLOMAN, *ante,* p. 1107.  Petitions for rehearing denied.

No. 09–11555.  MOSLEY *v.* FLORIDA, *ante,* p. 887;

No. 10–6022.  GREENE *v.* LEE'S MAINTENANCE SERVICES ET AL., *ante,* p. 970;

No. 10–6231.  QAZZA *v.* KANE, WARDEN, *ante,* p. 1013;